UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN SEGHELMEBLE, ID # 1701217,    § | |
| Petitioner,    § | |
| vs.    § | No. 3:13-CV-5004-B |
| § | |
| WILLIAM STEPHENS, Director,    § | |
| Texas Department of Criminal    § | |
| Justice, Correctional Institutions Division,    § | |
| Respondent.    § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed for failure to prosecute or comply with court orders.

SIGNED this 1st day of May, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE